UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

RANDALL K. DIXON )
)
v. ) NO. 2:10-CV-160
)
MICHAEL J. ASTRUE, )
Commissioner of Social Security )

**O R D E R**

This Social Security matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge dated August 18, 2011. In that Report and Recommendation, the Magistrate Judge recommends that the plaintiff's motion for judgment on the pleadings, [Doc. 10], be granted insofar as it seeks a remand, and defendant's motion for summary judgment, [Doc. 14], be denied. The defendant has objected to the Report and Recommendation. After careful and *de novo* consideration of the record as a whole, including the Administrative Transcript, and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby **ORDERED**

1

that the defendant's objections are **OVERRULED**, that this Report and Recommendation is **ADOPTED** and **APPROVED**, [Doc. 16], that the plaintiff's motion for judgment on the pleadings, [Doc. 10], is **GRANTED** insofar as it seeks a remand, and that defendant's motion for summary judgment, [Doc. 14], is **DENIED**. It is further **ORDERED** that this case is **REMANDED** for a consultative examination and such other and further development to fully evaluate the plaintiff's mental impairments.

E N T E R:

s/J. RONNIE GREER<br>UNITED STATES DISTRICT JUDGE